UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| **ERIK SALAIZ,** § <br> § <br> **Plaintiff,** § <br> § <br> v. § <br> § <br> **LEGAL TAX DEFENSE, INC.,** a California § <br> Corporation § <br> § <br> **Defendant.** § <br> § | Case No. 3:23-cv-00279-DB |

**PLAINTIFF'S VOLUNTARY DISMISSAL WITH PREJUDICE**

NOW COMES Erik Salaiz, pursuant to Fed R. Civ. Pro. 41(a)(1)(A)(i), hereby voluntarily dismisses all of his claims against Legal Tax Defense, Inc. with prejudice.

November 29, 2023,                                                    Respectfully Submitted,

Erik Salaiz
Plaintiff, Pro Se
6320 Navajo Ave
El Paso, Texas 79925
915-490-0898
Salaiz.ep@gmail.com

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | |
|---|---|
| **ERIK SALAIZ,** § § § | |
| **Plaintiff,** § § | |
| v. § § § | |
| **LEGAL TAX DEFENSE, INC.,** a California Corporation § § § | Case No. 3:23-cv-00279-DB |
| **Defendant.** § § § | |

**[PROPOSED] ORDER**

Upon consideration of Plaintiff's Voluntary Dismissal with Prejudice, it is this, _____ day of _____, 2023,

**ORDERED** that Plaintiff's Voluntary Dismissal with Prejudice be and is hereby **GRANTED;**

**SO ORDERED**

_____
**United States District Judge**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| **ERIK SALAIZ,** § § § **Plaintiff,** § § v. § § **LEGAL TAX DEFENSE, INC.,** a California § Corporation § § **Defendant.** § § | Case No. 3:23-cv-00279-DB |

### CERTIFICATE OF SERVICE

I hereby certify that on November 29, 2023, I caused a true copy of the foregoing, **PLAINTIFF'S VOLUNTARY DISMISSAL WITH PREJUDICE** to be served via electronic mail on all counsel of record.

November 29, 2023,                           Respectfully Submitted,

Erik Salaiz
Plaintiff, Pro Se
6320 Navajo Ave
El Paso, Texas 79925
915-490-0898
Salaiz.ep@gmail.com