UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| ERIK SALAIZ,<br><br>　　　　Plaintiff,<br><br>v.<br><br>LEGAL TAX DEFENSE, INC., a California Corporation<br><br>　　　　Defendant. | §§§§§§§§§§§§§<br><br>Case No. 3:23-cv-00279-DB |

## ORDER

Upon consideration of Plaintiff's Voluntary Dismissal with Prejudice, it is this, 30th day of Nov., 2023,

**ORDERED** that Plaintiff's Voluntary Dismissal with Prejudice be and is hereby **GRANTED**;

**SO ORDERED**

_____
United States District Judge
The Honorable David Briones