IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| ERIK SALAIZ,<br>    Plaintiff, | §<br>§<br>§ | |
| v. | §<br>§ | EP-23-CV-00279-DB |
| LEGAL TAX DEFENSE, INC., a<br>California Corporation.<br>    Defendant. | §<br>§<br>§ | |

### FINAL JUDGMENT

On November 30, 2023, the Court entered an order dismissing all claims in the above-captioned case. The Court now enters a Final Judgment in accordance with Federal Rule of Civil Procedure 58.

Accordingly, it is **HEREBY ORDERED** that the above-captioned case is **DISMISSED WITH PREJUDICE**.

SIGNED this 30TH day of **November 2023**.

_____
THE HONORABLE DAVID BRIONES
SENIOR UNITED STATES DISTRICT JUDGE